**GRAND BEACH COMPANY, Landowners' Association, Chas. S. Abbott, and Chas. J. Deland, Receiver of General Discount Corp., v. Frank G. GARDNER, Trustee, Grand Rapids Trust Co., Receiver, American Radiator Company, and Scott C. Dyer.**

No. 6039.

Circuit Court of Appeals, Sixth Circuit.

Nov. 5, 1931.

See, also, 48 F.(2d) 491.

Sempliner, Dewey, Stanton & Bushnell and Chas. S. Abbott, all of Detroit, Mich., for appellants.

A. S. & E. W. Froehlich, of Chicago, Ill., Travis, Merrick, Johnson & McCobb and Knappen, Uhl, Bryant & Snow, all of Grand Rapids, Mich., Alvah P. Cady, of Benton Harbor, Mich., and Grant Sims and

Harry D. Jewell, both of Grand Rapids, Mich., for appellees.

PER CURIAM.

Dismissed pursuant to motion of Grand Rapids Trust Company.